```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID SOLANO,

            Petitioner,

-against-

WILLIAM KEYSER, *as Superintendent of the Sullivan Correctional Facility*,

            Respondent.

19-CV-03569 (PGG) (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

    Petitioner David Solano, proceeding *pro se*, seeks a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. At the time he filed his petition (Dkt. 2), he was housed at the Southport Correctional Facility, and consequently named the Superintendent of that facility as the respondent. The Southport facility was closed earlier this year, and according to the website maintained by the New York Department of Corrections and Community Supervision, petitioner is now housed at the Sullivan Correctional Facility. Accordingly, pursuant to Fed. R. Civ. P. 25(d), William Keyser, the Superintendent of the Sullivan Correctional Facility, is substituted as the respondent, and the caption is amended accordingly.

    The Clerk of Court is respectfully directed to mail a copy of this Order to David Solano, DIN 13A0248, Sullivan Correctional Facility, P.O. Box 116, Fallsburg, New York 12733-0116.

Dated: New York, New York
       September 27, 2022

_____
**BARBARA MOSES**
**United States Magistrate Judge**